# In the United States Court of Federal Claims

| | |
|---|---|
| Catepillar, Inc., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-217T (Filed: June 20, 2006) |

**O R D E R**

Plaintiff's motion, filed May 31, 2006, to change attorney of record and appoint Paul L. Kattas, Esquire, as attorney record is **GRANTED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims