# In the United States Court of Federal Claims

| | | |
|---|---|---|
| Catepillar, Inc., | * | |
| Plaintiff, | * | No. 06-217T |
| v. | * | (Filed: July 24, 2006) |
| THE UNITED STATES, | * | |
| Defendant. | * | |

## O R D E R

An initial status conference by telephone is set for Tuesday, July 25, 2006, at 2:30 p.m. in the above case. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims