# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
Caterpillar, Inc.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 06-217T

(Filed: July 27, 2006)

**O R D E R**

A status conference by telephone was held in the above-captioned case on July 25, 2006.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Tuesday, October 24, 2006, at 2:00 p.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims