# In the United States Court of Federal Claims

| | |
|---|---|
| CATERPILLAR, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-217T (Filed: October 25, 2006) |

**ORDER**

A status conference by telephone was held in the above-captioned case on October 24, 2006.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, December 13, 2006, at 11:30 a.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims