# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
CATERPILLAR, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 06-217T

(Filed: October 25, 2006)

## O R D E R

Defendant's motion, filed July 6, 2006, for leave to file an Amended Answer in the above-captioned case is **GRANTED**. Defendant is directed to file its First Amended Answer.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims