# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
CATERPILLAR, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 06-217T

(Filed: October 25, 2006)

**ORDER**

Plaintiff's motion, filed July 26, 2006, for leave to file an Amended Complaint in the above-captioned case is **GRANTED**. Plaintiff is directed to file its First Amended Complaint.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims