# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
CATERPILLAR, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 06-217T

(Filed: December 14, 2006)

**O R D E R**

A status conference by telephone was held in the above-captioned case on December 13, 2006.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, March 7, 2007, 11:00 a.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims